UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| OTTAWA BANCSHARES, INC. ) | |
| ) | |
| Plaintiff, ) | Case No. 2:23-cv-2444 |
| ) | |
| v. ) | |
| ) | |
| GREAT AMERICAN SECURITY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Great American Security Insurance Company ("Great American" or "Defendant") hereby moves for summary judgment on all claims against it pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1. Great American is entitled to judgment as a matter of law for the following reasons:

First, there is no genuine dispute that Methods Research, Inc. ("MRI") asserted a multi-million dollar claim against Plaintiff, Ottawa Bancshares, LLC ("Ottawa Bancshares" or "Plaintiff") in February 2022 (the "MRI claim"). There is also no genuine dispute that Ottawa Bancshares failed to provide notice of the MRI claim to Great American as soon as practicable, as is required by the claims-made D&O policy at issue here, Policy No. DNOE421310 (the "Policy"). As previously set forth in Great American's Motion to Dismiss briefing (*see* Docs. 5, 6 and 17), there is no coverage under the Policy for the MRI claim as a matter of law because Ottawa Bancshares did not satisfy the Policy's timely notice condition.

Second, Kansas law does not require a showing of prejudice to support Great American's denial of coverage for the MRI claim. But even if a showing of prejudice was required, there is no evidence disputing the fact that Great American's "risk of loss [was] increased" by Ottawa Bancshares' 13-month delay in reporting the MRI claim; and thus, Great American was

prejudiced as a matter of law.

Third, even if Ottawa Bancshares was entitled to recover under the Policy for defense costs incurred in the underlying MRI claim, the Court should dismiss as unripe any claim by Ottawa Bancshares to recover from Great American any settlement or judgment related to the MRI claim because the underlying MRI claim remains pending as of the time of this motion.

Fourth, based on unambiguous Policy language and settled law, under no circumstances could Ottawa Bancshares recover any of its fees or costs incurred before it received Great American's consent. Therefore, judgment as a matter of law should be entered for Great American as to those fees and expenses incurred prior to the date Ottawa Bancshares received Great American's consent.

Fifth, Great American is entitled to judgment as a matter of law on Ottawa Bancshares' bad faith claim because: (1) it is undisputed that Ottawa Bancshares failed to comply with the Policy's condition precedent that Ottawa Bancshares provide notice of the MRI claim to Great American as soon as practicable; and (2) Kansas law does not impose a prejudice requirement on notice conditions in claims-made insurance coverage.

Great American incorporates by reference its Memorandum in Support of Motion for Summary Judgment filed contemporaneously with this Motion.

WHEREFORE, for the foregoing reasons, Great American respectfully requests this Court enter summary judgment in favor of Great American as to Ottawa Bancshares' Complaint and grant such further relief as this Court deems just and proper.

Great American respectfully requests oral argument pursuant to Local Rule 7.2.

Dated: September 24, 2024            Respectfully Submitted,

                                         */s/  Nicholas Slovikoski*
                                         Patrick J. Kenny          #18414
                                         7700 Forsyth Boulevard, Suite 1800
                                         St. Louis, MO 63105
                                         (314) 621-5070
                                         (314) 621-5065
                                         pkenny@atllp.com

                                         Nicholas D. Slovikoski      #29016
                                         2345 Grand Boulevard, Suite 1500
                                         Kansas City, MO  64108
                                         (816) 221-3420
                                         (816) 221-0786 (fax)
                                         nslovikoski@atllp.com

                                         **ATTORNEYS FOR DEFENDANT**
                                         **GREAT AMERICAN INSURANCE**
                                         **COMPANY**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 24, 2024, a true and accurate copy of the above and foregoing was e-filed with the Court which sent notification to all parties entitled to service.

                                         */s/ Nicholas Slovikoski*